IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **STERLING ROBINSON** | : | **CIVIL ACTION** |
| | : | |
| v. | : | **NO. 12-1212** |
| | : | |
| **FRANK GREEN (WARDEN),** | : | |
| **L. MAHER (MEDICAL SUPERVISOR)** | : | |
| **and MEDICAL DEPARTMENT** | : | |

## ORDER

**AND NOW**, this 5th day of November, 2012, upon consideration of the Defendant Frank Green's Motion to Dismiss Plaintiff's Complaint Pursuant to F. R. C. P. 12(b)(6) (Document No. 15), the plaintiff's filings in opposition to the motion and his amendments to the complaint, it is **ORDERED** that the motion is **GRANTED**.

**IT IS FURTHER ORDERED** that the Complaint is **DISMISSED** as to all defendants.


    /s/Timothy J. Savage
    TIMOTHY J. SAVAGE,  J.